381 A.2d 896

Commonwealth v. Jennings, Appellant.

■■■ Argued September 15, 1977. James R. Leonard, Jr., for appellant; J. Madenspacher, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.